IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| URSULA JOHNSON for B.M.L. | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | *   CASE NO. 3:06-CV-71 (CDL) |
| | * |
| Defendant | * |
| | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 30, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of January, 2008.

                                                /s/ Clay D. Land
                                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE